[No. 12098–4–II.   Division Two.   December 12, 1989.]

*In the Matter of the Welfare of* K.H.B.

Appeal from a judgment of the Superior Court for Pierce County, No. 162094, John B. Krilich, J. Pro Tem., entered April 5, 1988. *Affirmed* by unpublished per curiam opinion.

[No. 11642–1–II.   Division Two.   December 12, 1989.]

THE MCDERMOTT GROUP, INC., *Respondent,* v. RAINIER LEASING CORPORATION, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–01218–3, Arthur W. Verharen, J., entered December 4, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Worswick, JJ.

[No. 9086–8–III.   Division Three.   December 12, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRANCE MICHAEL HANSON, *Appellant.*

Appeal from a judgment of the Superior Court for Asotin County, No. 86–1–00066–8, James B. Mitchell, J., entered August 24, 1987. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green and Shields, JJ.

[No. 9436–7–III.   Division Three.   December 12, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTONIO REYES, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88–1–00494–9, Walter A. Stauffacher, J., entered May 16, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, A.C.J., and Green, J.